UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Shannon F., et al.

v.

                                        Civil No. 14-cv-368-JL

Portsmouth School District SAU 52, et
al.



O R D E R


     No objection having been filed, I herewith approve the

Report and Recommendation of Magistrate Judge Andrea K.

Johnstone dated January 27, 2017.  "'[O]nly those issues fairly

raised by the objections to the magistrate's report are subject

to review in the district court and those not preserved by such

objection are precluded on appeal.'"  School Union No. 37 v.

United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)

(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d

271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will

waive the right to appeal).

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: February 22, 2017

cc:   Justin Caramagno, Esq.
      Lawrence A. Vogelman, Esq.
      Dona Feeney, Esq.
      Katherine E. Spillane, Esq.